**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Jamal Khashan v.<br>Michael Chertoff, U.S. Department of Homeland Security, et. al. | Case Number:<br>FILED: JUNE 11, 2008<br>08CV3351<br>JUDGE KENDALL<br>MAGISTRATE JUDGE COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jamal Khashan

| |
|---|
| NAME (Type or print)<br>Omar A. Abuzir |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Omar A. Abuzir |
| FIRM<br>Horn, Khalaf, Abuzir, Mitchell & Schmidt, LLC |
| STREET ADDRESS<br>10003 S. Roberts Road |
| CITY/STATE/ZIP<br>Palos Hills, Illinois 60465 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>(708)233-1122 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐